**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

IN RE:

                                         CASE NO. 6:24-bk-05475-TPG

IVF ORLANDO, INC.,                          CHAPTER 11

       Debtor.

_____/

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**Part 1: Identify the Appellants**

1.       Name of Appellant: Fox Funding Group, LLC and Overton Funding, LLC

2.       Position of Appellant in the Adversary Proceeding or Bankruptcy Case That is the Subject of the Appeal: Interested Parties

**Part 2: Identify the Subject of this Appeal**

1.       Describe the judgment – or the appealable order or decree – from which the appeal is taken: ORDER (1) CONFIRMING SUBCHAPTER V PLAN OF REORGANIZATION FOR IVF ORLANDO, INC ON A NON-CONSENSUAL BASIS PURSUANT TO 11 U.S.C. §§ 1129(a), (b) AND 1191(b); AND (2) SETTING POST-CONFIRMATION STATUS CONFERENCE [DN 158]; MEMORANDUM OPINION ON OBJECTIONS TO CONFIRMATION [DN 161]

2.       State the date on which the judgment—or the appealable order or decree—was entered: September 23, 2025; October 3, 2025

**Part 3: Identify the Other Parties to the Appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

**Party:** IVF Orlando, Inc.
**Attorney:** LATHAM, LUNA, EDEN & BODINE, LLP
Daniel A. Velasquez
201 S. Orange Ave., Ste. 1400
Orlando, Florida 32801
(407) 481-5801

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

*/s/ Mitun Mitra*                                              Date: October 6, 2025
KAMINSKI LAW, PLLC
Mitun Mitra (FL Bar No. 121604)
Shanna M. Kaminski (Admitted Pro Hac Vice)
P.O. Box 1018
Sarasota, FL 34230
(248) 462-7111

*Counsel for Appellants*
*Fox Funding Group, LLC*
*Overton Funding, LLC*